```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**KEITHON EARL BOGAN**                                                  **PLAINTIFF**

      v.           Civil No. 11-5009

**STATE OF ARKANSAS, ET AL.**                                           **DEFENDANTS**

### O R D E R

NOW on this 18TH day of February 18, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 3), filed on January 10, 2011, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Application to proceed *in forma pauperis* is hereby **DENIED** and Plaintiff's complaint is hereby **DISMISSED**. The Clerk is directed to place a flag on this case under the provisions of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

                                              **/s/ Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**